Carlos GOMEZ *v.* Willis SARGENT, Warden, Cummins
Unit, Arkansas Department of Correction

91-341                                      821 S.W.2d 480

Supreme Court of Arkansas
Opinion delivered February 3, 1992

*Appellant*, pro se.

*Winston Bryant*, Att'y Gen., by: *Brad Newman*, Asst. Att'y
Gen., for appellee.

■ PER CURIAM. Appellant Carlos Gomez has filed a pro se
motion to file a handwritten brief alleging that he has no access to
a typewriter. We have held that handwritten briefs, if legible, will
be accepted provided the appellant makes a showing that there is
substantial merit to his suit. *Patterson* v. *State*, 289 Ark. 564, 712
S.W.2d 922 (1986). No such showing has been made.

Appellant has appealed from the denial of a petition for
habeas corpus in which he alleges that the information is void
because it was signed by a deputy prosecuting attorney rather
than the prosecuting attorney. He next alleges he was tried on an
information rather than an indictment depriving the trial court of
jurisdiction. Finally, he alleges that amendment 21 to the
Arkansas Constitution is void.

■ These allegations are palpably without merit for the
reason that relief by habeas corpus is proper only when it is shown
that a commitment is invalid on its face or the trial court lacked
jurisdiction. *Wallace* v. *Willock*, 301 Ark. 69, 781 S.W.2d 484

(1989). No showing of substantial merit having been made, the motion is denied.